**Stephen J. CANTERBURY, Plaintiff–Appellant,**

v.

**J.P. MORGAN MORTGAGE ACQUISITION CORPORATION, Defendant–Appellee,**

**and**

**GMAC Mortgage Corporation LLC, d/b/a GMAC Mortgage Corporation, Defendant.**

No. 13–2083.

United States Court of Appeals, Fourth Circuit.

Submitted: March 13, 2014.

Decided: March 26, 2014.

Henry W. McLaughlin, III, Law Office of Henry McLaughlin, P.C., Richmond, Virginia, for Appellant. Jason C. Hicks, Womble Carlyle Sandridge & Rice, LLP, Washington, D.C., for Appellee.

Before NIEMEYER and KING, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen J. Canterbury appeals the district court's order dismissing his complaint seeking a declaratory judgment that he validly exercised his right to rescission of a refinance credit transaction under the Truth in Lending Act ("TILA"), 15 U.S.C. §§ 1601–1667f (2012), seeking enforcement of rescission, and seeking alteration of the timing of tender under TILA. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*